**UNITED STATES of America, Appellee,**

v.

**James FRAZIER, Appellant.**

**No. 05–3250.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 26, 2006.

Decided: May 1, 2006.

Edward J. Rogers, Asst. U.S. Attorney, U.S. Attorney's Office, St. Louis, MO, for Appellee.

James Frazier, U.S. Medical Center for Federal Prisoners, Lexington, KY, pro se.

Before ARNOLD, BYE, and SMITH, Circuit Judges.

PER CURIAM.

Federal prisoner James Frazier appeals the district court's [1] denial of his "motion for court recommendation" that he be allowed to serve the remainder of his sentence at a community correction center. We affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.